UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF MICHIGAN
REGIONAL COUNCIL OF CARPENTERS'
EMPLOYEE BENEFITS FUND, *et al.*,

    Plaintiffs,

v.

Case No. 24-cv-10907
Hon. Matthew F. Leitman

MICHIGAN STUDS AND
WALLS, LLC, *et al.*,

    Defendants.
_____/

### ORDER REQUIRING PLAINTIFFS TO SERVE DEFENDANT NATHAN McCARDELL WITH NOTICE OF HEARING

In this action, Plaintiffs allege that Defendants Michigan Studs and Walls, LLC, Kevin Cox, and Nathan McCardell "violated both their contractual and statutory obligations by failing to make all of the fringe benefit contributions and assessments due on behalf of" Plaintiffs' employees. (Compl. at ¶ 12, ECF No. 1, PageID.5.)  Plaintiffs served McCardell with the Complaint on July 17, 2024. (*See* Certificate of Service, ECF No. 17.)  McCardell has not appeared in this action, and he has not filed any response to the Complaint. (*See* Dkt.)  The Clerk of the Court entered a default against McCardell on August 14, 2024. (*See* Default, ECF No. 22.)

1

On August 15, 2024, Plaintiffs filed a motion for a default judgment against McCardell. (*See* Mot., ECF No. 23.) The Court has now issued a Notice of Hearing setting that motion for a Zoom electronic hearing on **December 9, 2024, at 3:00 p.m.**

By no later than **November 25, 2024**, Plaintiffs shall serve McCardell with (1) the Notice of Hearing, (2) this order, (3) the Zoom link provided by the Court so that McCardell can access the Zoom hearing, and (4) a proposed default judgment. Plaintiffs may serve these documents on McCardell by the alternative means identified in the Court's order granting Plaintiffs' previous motion for alternative service. (*See* Mot., ECF No. 14; Order ECF No. 16.) In addition, by no later than **November 25, 2024**, Plaintiffs shall file a Certificate of Service on the docket confirming that they have served McCardell with those documents. Finally, by no later than **November 25, 2024**, Plaintiffs shall submit a proposed default judgment to the Court through the Utilities function of CM/ECF.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  November 15, 2024

     I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 15, 2024, by electronic means and/or ordinary mail.

                                  s/Holly A. Ryan
                                  Case Manager
                                  (313) 234-5126