# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

TRUSTEES OF MICHIGAN REGIONAL
COUNCIL OF CARPENTERS' EMPLOYEE
BENEFITS FUND, et al.,

      Plaintiffs,                  Case No. 24-cv-10907
                                         Hon. Matthew F. Leitman

v.

MICHIGAN STUDS AND WALLS, LLC, et al.,

      Defendants.

---

| | |
|---|---|
| Novara Tesija Catenacci | Nathan McCardell |
| McDonald & Baas, PLLC | Defendant, In Pro Per |
| Bryan M. Beckerman (P51925) | 738 Baylor Road |
| Attorney for Plaintiffs | Rochester Hills, MI 48309 |
| 888 W. Big Beaver Rd., Suite 870 | |
| Troy, MI  48084 | |
| (248) 354-0380 | |
| Bryan.beckerman@novaralaw.com | |

---

## AMENDED ORDER FOR JUDGMENT AS TO DAMAGES AGAINST DEFENDANT NATHAN McCARDELL

THIS MATTER CAME before the Honorable Court on Plaintiffs' previous Motion for the Entry of a Default Judgment (**ECF No. 23**).  The Court, being fully advised in the premises, finds that:

1.     A Consent Judgment between Plaintiffs and Defendant Nathan McCardell ("McCardell") was entered on November 22, 2024 (**ECF No. 28**).

2.      Said Consent Judgment provided that Plaintiffs were granted Judgment against Defendant McCardell.

3.      The Consent Judgment provided, in pertinent part, that Plaintiffs shall, upon filing a copy of the auditor's report and the appropriate affidavit(s) of a person (or persons) with knowledge, have an amended Judgment against Defendant for all contribution amounts as are found to be due upon an updated audit, as well as interest thereon, at the rate of 10% per annum from the due date of the paid contributions, liquidated damages at the rate of 12% of all delinquent amounts pursuant to Plaintiffs' resolutions, policies and procedures, and the provisions of the parties' collective bargaining agreement, as well as costs of the audit and statutory attorney's fees, all pursuant to 29 U.S.C. 1132(g)(2).

4.      An updated audit was published on June 10, 2025, which included the amount owing of $172,578.70 for unpaid fringe benefit contributions together with liquidated damages thereon, accumulated interest; along with audit costs of $3,174.00, court costs of $361.00, and attorney fees of $16,415.75.

6.      Plaintiffs have attached as **Exhibit 1**, a copy of the updated auditor's report, along with an appropriate updated Affidavit of the relevant auditor who completed said auditor's report (**Exhibit 2**) and an updated Affidavit of the

2

relevant attorney (**Exhibit 3**), both of whom have personal knowledge of the facts and same in compliance with this Honorable Court's previous Order.

**ACCORDINGLY, IT IS ORDERED** that Plaintiffs shall have an Amended Order for Default Judgment as to Damages against Defendant Kevin McCardell, pursuant to 29 U.S.C. 1132(g)(2), in the amount of $192,529.45, which consists of $172,578.70 for unpaid fringe benefit contributions, together with liquidated damages thereon and accumulated interest; audit costs of $3,174.00; court costs of $361.00; and attorney fees of $16,415.75.

**IT IS FURTHER ORDERED** that this Honorable Court shall retain jurisdiction of this matter pending satisfaction of this Judgment and/or compliance with any additional orders.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 10, 2025

3

# EXHIBIT 1

# STEFANSKY, HOLLOWAY & NICHOLS, INC.
*PAYROLL AUDITING SERVICES*

22260 HAGGERTY ROAD, SUITE 350
NORTHVILLE, MICHIGAN  48167

(248) 305-9905
FAX:  (248) 305-9901

June 10, 2025

Michigan Studs and Walls, LLC
3476 Gettysburg Road
Ann Arbor, MI 48105

**Re:  Commercial Carpenters**

Dear Sir/Madam:

This is to inform you of the results of the recent audit to confirm your contributions to the Michigan Regional Council of Carpenters Fringe Benefit Funds.  Based on the records provided, our examination has revealed that the following amounts are still owing the aforementioned Funds.

**Audit Time Period**
**9/23-6/24**

| Fund | Amt. Owed |
|------|-----------|
| M.R.C.C.E.B.F. | $42,314.32 |
| Pension | $84,575.50 |
| Annuity | $27,057.79 |
| Apprentice | $5,315.87 |
| L.M.P.T. | $372.12 |
| Appr. Reimb. | $637.91 |
| Working Dues | $7,611.05 |
| Ind. Adv. | $797.39 |
| Special Asmnt | $2,126.35 |
| Guaranty Fund | $531.58 |
| U.B.C. Training | $752.30 |
| U.B.C. Per Cap | $486.52 |
| Sub-Total | $172,578.70 |
| Liquidated damages resulting from late payments | $0.00 |

A man-by-man breakdown covering the contributions due and owing the Funds is enclosed.

| Payment Date | Audit Assessment Rate | Assessment Amount | Total Check Amount |
|--------------|----------------------|-------------------|--------------------|
| 06/10/2025 - 06/25/2025 | No audit assessment | $0.00 | $172,578.70 |
| 06/26/2025 - 07/10/2025 | 4% 16-30 days from billing date | $6,903.15 | $179,481.85 |
| 07/11/2025 - 08/09/2025 | 8% 31-60 days from billing date | $13,806.30 | $186,385.00 |
| 08/10/2025 - 09/08/2025 | 12% 61-90 days from billing date | $20,709.44 | $193,288.14 |

Note: Interest shall accrue at an annual rate of 10% from the date the fringe benefit contribution(s) are deemed delinquent until the delinquency is paid in full.

If you disagree with the above findings or have any questions, please contact the undersigned at (248) 305-9905 so that we can arrange for a meeting to review these findings.  If your company is in agreement, please forward **a check payable to the "Michigan Regional Council of Carpenters Fringe Benefit Funds" to the letterhead address.**

If we do not hear from you within fifteen (15) days from the date of this letter, the audit results, as shown will become final and the matter will be referred for collection.

Very truly yours,

Garrett J. Gumm
Fund Auditor

enclosure

xc:  Ms. Sonya Winkelman

xc:  Mr. Bryan Beckerman
      All Associations

DISCREPANCY INFORMATION FOR THE MICHIGAN REGIONAL
COUNCIL OF CARPENTERS' FRINGE BENEFIT FUNDS

RN, LLC

PERIOD: 9/23-6/24

### Top Section — Hours / Wages by Month (SSC SEC. NO. XXX-XX), SECTION F2, CLASS CODE: JOURNEYMEN

| SSC SEC. NO. | Sep 2023 HOURS | Sep 2023 PENANN WAGES | Sep 2023 DUES WAGES | Oct 2023 HOURS | Oct 2023 PENANN WAGES | Oct 2023 DUES WAGES | Nov 2023 HOURS | Nov 2023 PENANN WAGES | Nov 2023 DUES WAGES | Dec 2023 HOURS | Dec 2023 PENANN WAGES | Dec 2023 DUES WAGES | Jan 2024 HOURS | Jan 2024 PENANN WAGES | Jan 2024 DUES WAGES | Feb 2024 HOURS | Feb 2024 PENANN WAGES | Feb 2024 DUES WAGES | FUND Under/(Over) Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| XXX-XX | 7.00 | | $280.00 | 94.68 | | $3,787.20 | 128.52 | $5,140.80 | | 95.00 | | $3,800.00 | 39.50 | | $1,580.00 | 85.50 | | $3,420.00 | |
| XXX-XX | | | | 59.57 | | $2,292.25 | 8.00 | $320.00 | | 59.00 | | $1,450.00 | | | | | | | |
| XXX-XX | | | | 27.86 | | $1,072.05 | 196.26 | $7,552.08 | | 40.00 | | $1,539.20 | | | | 32.00 | | $1,251.36 | |
| XXX-XX | | | | 73.32 | | $2,821.35 | 141.52 | $5,445.69 | | 2.00 | | $76.96 | | | | | | | |
| XXX-XX | | | | 43.74 | | $1,683.12 | 131.10 | $5,044.73 | | 41.00 | | $1,577.68 | | | | 16.00 | | $615.68 | |
| XXX-XX | | | | | | | 154.90 | $5,960.55 | | 2.00 | | $76.96 | | | | 16.00 | | $400.00 | |
| XXX-XX | | | | 35.63 | | $1,371.81 | 18.00 | $692.64 | | 20.00 | | $769.60 | | | | 56.00 | | $2,154.88 | |
| XXX-XX | | | | 18.32 | | $704.95 | 6.00 | $307.84 | | 103.00 | | $4,040.40 | 109.50 | | $4,213.56 | | | | |
| XXX-XX | | | | | | | 124.43 | $4,788.07 | | | | | | | | | | | |
| TOTAL | 7.00 | | $280.00 | 353.14 | | $13,732.73 | 910.73 | $35,192.40 | | 363.00 | | $13,330.80 | 149.00 | | $5,793.56 | 205.50 | | $7,821.92 | |

### Bottom Section — Rate and Amount Due by Month, SECTION F2, CLASS CODE: JOURNEYMEN

| FUND | Sep 2023 Rate | Sep 2023 Amt. Due | Oct 2023 Rate | Oct 2023 Amt. Due | Nov 2023 Rate | Nov 2023 Amt. Due | Dec 2023 Rate | Dec 2023 Amt. Due | Jan 2024 Rate | Jan 2024 Amt. Due | Feb 2024 Rate | Feb 2024 Amt. Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M.R.C.C.E.B.F. | $7.96 | $55.72 | $7.96 | $2,810.99 | $7.96 | $7,249.41 | $7.96 | $2,889.48 | $7.96 | $1,186.04 | $7.96 | $1,635.78 |
| PENSION | $15.91 | $111.37 | $15.91 | $5,618.46 | $15.91 | $14,489.71 | $15.91 | $5,775.33 | $15.91 | $2,370.59 | $15.91 | $3,269.51 |
| ANNUITY | $5.09 | $35.63 | $5.09 | $1,797.48 | $5.09 | $4,635.62 | $5.09 | $1,847.67 | $5.09 | $758.41 | $5.09 | $1,046.00 |
| APPRENTICE | $1.00 | $7.00 | $1.00 | $353.14 | $1.00 | $910.73 | $1.00 | $363.00 | $1.00 | $149.00 | $1.00 | $205.50 |
| L.M.P.T. | $0.07 | $0.49 | $0.07 | $24.72 | $0.07 | $63.75 | $0.07 | $25.41 | $0.07 | $10.43 | $0.07 | $14.39 |
| APPR. REIMB | $0.12 | $0.84 | $0.12 | $42.38 | $0.12 | $109.29 | $0.12 | $43.56 | $0.12 | $17.88 | $0.12 | $24.66 |
| WAGE DUES | 4.00% | $11.05 | 4.00% | $549.31 | 4.00% | $1,405.30 | 4.00% | $533.23 | 4.00% | $231.74 | 4.00% | $321.78 |
| IND. ADV | $0.15 | $1.05 | $0.15 | $52.97 | $0.15 | $136.61 | $0.15 | $54.45 | $0.15 | $22.35 | $0.15 | $30.83 |
| SPECIAL ASMNT | $0.40 | $2.80 | $0.40 | $141.26 | $0.40 | $364.29 | $0.40 | $145.20 | $0.40 | $59.60 | $0.40 | $82.20 |
| GUAR. FUND (IND) | $0.10 | $0.70 | $0.10 | $35.31 | $0.10 | $91.07 | $0.10 | $36.30 | $0.10 | $14.90 | $0.10 | $20.55 |
| U.B.C. TRAINING | $0.14 | $0.98 | $0.14 | $49.44 | $0.14 | $127.50 | $0.14 | $50.82 | $0.14 | $20.86 | $0.14 | $28.77 |
| U.B.C. PER CAP | $0.09 | $0.63 | $0.09 | $31.78 | $0.09 | $81.97 | $0.09 | $32.67 | $0.09 | $13.41 | $0.09 | $18.50 |
| TOTAL | | $228.41 | | $11,507.24 | | $29,665.25 | | $11,787.12 | | $4,855.21 | | $6,698.57 |

JZ0-2XX REVISION 4.25.25.xlsx   Discrepancy Sheet

RIn, LLC

PERIOD
5/23-6/24

PREPARED BY: GJG
DATE BILLED: 06/10/25

**DISCREPANCY INFORMATION FOR THE MICHIGAN REGIONAL COUNCIL OF CARPENTERS' FRINGE BENEFIT FUNDS**

Fund summary totals:

| FUND | Rate | March 2024 Amt. Due | Rate | April 2024 Amt. Due | Rate | May 2024 Amt. Due | Rate | June 2024 Amt. Due | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| M.R.C.C.E.B.F. | $7.96 | $4,837.70 | $7.96 | $6,336.16 | $7.96 | $6,903.36 | $7.96 | $5,431.68 | $25,485.90 |
| PENSION | $15.91 | $13,844.83 | $15.91 | $12,664.36 | $15.91 | $13,778.06 | $15.91 | $12,855.28 | $52,940.53 |
| ANNUITY | $5.09 | $4,364.68 | $5.09 | $4,051.64 | $5.09 | $4,407.94 | $5.09 | $4,112.72 | $16,936.98 |
| APPRENTICE | $1.00 | $857.50 | $1.00 | $796.00 | $1.00 | $868.00 | $1.00 | $808.00 | $3,327.50 |
| LM.P.T | $0.07 | $60.03 | $0.07 | $55.72 | $0.07 | $60.62 | $0.07 | $56.56 | $232.93 |
| APPR. REIMB | $0.12 | $102.90 | $0.12 | $95.52 | $0.12 | $103.92 | $0.12 | $96.96 | $399.30 |
| WAG DUES | 4.00% | $1,204.83 | 4.00% | $1,105.63 | 4.00% | $1,186.59 | 4.00% | $1,070.34 | $4,567.39 |
| IND. ADV | $0.15 | $128.63 | $0.15 | $119.40 | $0.15 | $129.90 | $0.15 | $121.20 | $499.13 |
| SPECIAL ASSMNT | $0.40 | $343.00 | $0.40 | $318.40 | $0.40 | $346.40 | $0.40 | $323.20 | $1,331.00 |
| GUAR. FUND (IND) | $0.10 | $85.75 | $0.10 | $79.60 | $0.10 | $86.60 | $0.10 | $80.80 | $332.75 |
| U.B.C. TRAINING | $0.14 | $120.05 | $0.14 | $111.44 | $0.14 | $121.24 | $0.15 | $121.20 | $473.93 |
| U.B.C. PER CAP | $0.09 | $77.18 | $0.09 | $71.64 | $0.09 | $77.94 | $0.10 | $80.80 | $307.56 |
| TOTAL | | $27,813.08 | | $25,805.51 | | $28,058.57 | | $26,158.74 | $107,835.90 |

DUES WAGES totals: March $30,120.80 | April $27,640.80 | May $29,664.80 | June $26,759.48

I23-2024 REVISION 4.25.25.xlsx   Discrepancy Sheet

# EXHIBIT 2

## <u>UPDATED AFFIDAVIT OF GARRETT J. GUMM</u>

STATE OF MICHIGAN    )
                         ) SS
COUNTY OF OAKLAND   )

      I, Garrett J. Gumm, being first duly sworn, depose and say the following upon personal knowledge and that I am competent and can testify to the matters set forth herein:

      1.     I am the auditor who is employed by the firm Stefansky, Holloway & Nichols, Inc., which performs audits and provides other related work and services for the Michigan Regional Council of Carpenters' Fringe Benefit Funds.

      2.     I personally prepared the June 10, 2025 audit attached hereto and made a part of hereof by reference, which is based upon the examination of books and records provided by Michigan Studs and Walls, LLC.

      3.     The relevant time period included within the audit for Michigan Studs and Walls, LLC. From September 2023 through June 2024.

      4.     Based on my examination of Michigan Studs and Walls, LLC's books and records, the individuals contained within the October 22, 2024 audit were employees and/or subcontractors of Michigan Studs and Walls, LLC and did not have fringe benefit contributions paid by Michigan Studs and Walls, LLC to the Funds during the relevant time period noted above.

      5.     The costs associated with the audit services by Stefansky, Holloway and Nichols, Inc. for this file were $3,174.00.

      6.     If called to testify, I am competent to testify as to the auditor's fees and costs.

7.     FURTHER AFFIANT SAYETH NOT.


_____
GARRETT J. GUMM


Subscribed and sworn to before me this 27ᵗʰ day of ___June___, 2025.

_____
Carrie Holzheimer   - Notary Public
___Oakland___ County, Michigan
Acting in the County of _____Oakland____
My Commission Expires:   7.31.28

2

# EXHIBIT 3

## <u>UPDATED AFFIDAVIT OF BRYAN M. BECKERMAN</u>

STATE OF MICHIGAN      )
                                         ) SS
COUNTY OF OAKLAND     )

       I, Bryan M. Beckerman, being first duly sworn, depose and say the following upon personal knowledge and that I am competent and can testify to the matters set forth herein:

       1.      I am the attorney for MRCC Fringe Benefit Funds and am employed at the law firm of Novara Tesija Catenacci McDonald & Baas, PLLC;

       2.      The attorney fees, legal costs and expenses associated with this litigation and incurred on behalf of Plaintiff Funds to this firm are in the amount of $16,054.75 in legal fees and $361.00 in costs and expenses, for a total amount owing of $16,415.75;

       3.      If called to testify, I am competent to testify as to the attorneys' fees and costs.

       4.      FURTHER AFFIANT SAYETH NOT.

                                           BRYAN M. BECKERMAN

Subscribed and sworn to before me this 23rd day of June, 2025.

_Lauren Fischer_
Lauren Fischer - Notary Public
Wayne County, Michigan
Acting in the County of Oakland
My Commission Expires: 7/1/2030

LAUREN FISCHER
Notary Public - State of Michigan
County of Wayne
My Commission Expires Jul 1, 2030
Acting in the County of Oakland

1